■ In the Matter of WENDELL R. AMES, as Director of Monroe County Department of Health.— Order entered authorizing destruction of certain records under section 89 of the Judiciary Law.

■ ROCCO F. DE PERNO et al., Appellants, v. HARRY ROSENBERG, Respondent.— Motion to dismiss appeal denied. Memorandum: The record should contain all the papers recited in the order upon which the judgment was entered.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STERLING SCHOONOVER, Appellant.— Motion to prosecute appeal as a poor person, and for other relief denied and motion to dismiss appeal granted.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL SCHWARZ, Appellant.— Motion granted and appeal dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BERNARD WILLIAMS, Appellant.— Order dismissing appeal vacated, motion granted to prosecute on original record, typewritten briefs, and Peter J. Murrett, Jr., Esq., Buffalo, assigned as counsel to conduct appeal.

■ (A) JACOB KARWAT, Appellant, v. EASTERN AMBULANCE SERVICE, INC., Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PEARLE J. MULLIN, Appellant.— [In each action] Appeal dismissed, without costs, upon stipulation.

■ In the Matter of ELIZABETH CORDARO, Appellant, v. JOSEPH S. CORDARO, Respondent.— Stay granted pending hearing and determination of appeal.

■ NOREEN MATHIS, Plaintiff, v. DENNIS COONEY, Defendant.— Motion for a stay denied.

■ (A) DOMINIC DI CIOCCIO, Respondent, v. ANTHONY DI RIENZO et al., Appellants. (Dec. 12, 1962.) (B) In the Matter of BERNARD S. DOBOSEN, Doing Business as THE TOWERS, Petitioner, v. MARTIN C. EPSTEIN, et al., Constituting the STATE LIQUOR AUTHORITY, Respondent. (Oct. 31, 1962.) (C) VAN AS & GOTTEMEIER, INC., Respondent, v. H. WILLIAM SAFFRAN et al., Appellants. (Dec. 12, 1962.) — [In each action] Appeal dismissed unless records and briefs are filed and served as indicated.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS WAGER, Appellant.— Motion to prosecute appeal as a poor person, and for other relief denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JARIUS CHRISJOHN, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES CARNEY, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN PELOW, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORAN TYSON, Appellant.— [In each action] Motion to prosecute appeal as poor person, and for other relief, denied, with Memorandum: The claims asserted by the appellant cannot be made the basis of any relief in *coram nobis*.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN LEWIS ENGLISH (January 1963 Term). (B) THE PEOPLE OF THE STATE OF NEW YORK v. RICHARD MILLER and ROBERT JACKSON (November 1962 Term).— [In each action] Motion granted and time for argument of appeal enlarged as indicated.